**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| PREMA ENGINEERING S.r.l.,<br><br>                              Plaintiff,<br><br>              v.<br><br>AUTOMOBILI LAMBORGHINI S.p.A. and<br>AUTOMOBILI LAMBORGHINI AMERICA,<br>LLC,<br><br>                              Defendants. | Case No.  1:25-cv-00602<br><br>**COMPLAINT**<br><br>**<u>Jury Trial Demanded</u>** |

Plaintiff, Prema Engineering S.r.l. ("Plaintiff" or "Prema Engineering"), as and for its complaint against Defendants, Automobili Lamborghini S.p.A. and Automobili Lamborghini America, LLC (collectively, "Defendants" or "Lamborghini"), hereby states and alleges as follows:

<u>**INTRODUCTION**</u>

1.      This case concerns Lamborghini's theft of valuable intellectual property and trade secrets from Prema Engineering. The theft occurred while Prema Engineering provided engineering support services to the Iron Lynx racing team, which had entered a long term partnership with Lamborghini and purchased certain Lamborghini-manufactured Hypercars to compete in the 2024 season of the Fédération International de l'Automobile ("FIA") World Endurance Championship ("WEC") and the International Motor Sports Association ("IMSA") WeatherTech SportsCar Championship ("IMSA Championship"), the two top international endurance racing series.

2.      Endurance racing is a motorsport format intended to test the durability of the cars as well as the endurance of the participants across long distances or lengthy periods of time, as much as 24 hours. The flagship WEC race—the 24 Hours of Le Mans—is one of the most prestigious races in international motorsport. Hypercars are advanced prototype racecars that major international car manufacturers—including Lamborghini—design specifically for WEC and the IMSA Championship based on the technical regulations governing the sport. The Hypercar category is the most prestigious class of competition in WEC and the IMSA Championship, requiring the most investment and innovation from the major international car manufacturers that participate.

3.      Hypercars are—like Formula 1 ("F1") cars—technologically advanced; they constantly collect large amounts of data whenever they run. Each Hypercar and its drivers are supported by massive teams of engineers and technicians that analyze that data in real time to maximize performance and implement strategies for important decisions the drivers and teams must make throughout each endurance race, including fuel-saving, power-saving, and tire changes. Prema Engineering provided this kind of engineering and technical support to the Iron Lynx racing team.

4.      This case concerns Lamborghini's theft of multiple versions of Hypercar steering wheel setups (each a "Setup") from Prema Engineering. Each Setup is a proprietary package of computer code developed by the engineers and technicians at Prema Engineering, who draw on 40 years of experience in formula and endurance racing. The Setups are customized for each racetrack and race session, and they enable the collection and processing of data collected from the Hypercars while they are running. These Setups are also used to customize and configure the steering wheel to enable the driver to effectively process and use the relevant data, in order to

2

implement—during a race—the team's strategies and maximize the Hypercar's performance. Although each individual version of a Prema Engineering Setup is designed for a particular session at a particular racetrack, every version of their Setups is developed and customized based on Prema Engineering's years of experience in racing and their team's total body of motorsport expertise, including by drawing on lessons learned and data collected from past testing sessions, previous endurance racing seasons, or earlier races in the same season. Prema Engineering's work to design the Setups is an iterative process involving constant development and improvement.

5.      While the term "steering wheel" typically brings to mind a relatively simple device, in certain motorsports series—including the Hypercar category of the WEC and IMSA Championship—the steering wheel is actually a highly advanced computer. It is one of the "brains" that runs the car through grueling endurance races lasting as long as 24 hours. The Hypercars' steering wheels provide the interface through which drivers communicate with the car, receive essential data from the car and the team's engineers, and control the car, allowing them to make adjustments as needed to maximize performance. The steering wheels are also the device through which some key data from the Hypercar is collected and processed. Accordingly, the steering wheel and a racing team's proprietary Setups for the steering wheel are absolutely critical to the success of the drivers and the team racing a Hypercar.

6.      Prema Engineering is part of the brand associated with the Prema racing teams, which have decades of experience in various racing series, including in the various junior formula racing series that feed into F1—often regarded as the pinnacle of motorsport. The Prema name is, therefore, well-known to fans of international motorsport, with almost forty percent of the current F1 drivers having competed with Prema racing teams at some point during their

junior careers. Prema Engineering is a separate company under the Prema brand, founded in 2022 to provide third-party engineering and technical expertise and support services to international motorsports teams, in particular, to the Iron Lynx racing team that raced Lamborghini Hypercars in the WEC and IMSA Championships in 2024.

7.      Pursuant to the Iron Lynx and Lamborghini partnership, Lamborghini sold two Lamborghini-manufactured Hypercars to the Iron Lynx team to race in the WEC and IMSA Championships, and also agreed to provide spare parts for the Hypercars and other supply-related assistance. On the other hand, both Iron Lynx and Lamborghini intended that all servicing, maintenance, technical, and engineering support for the Iron Lynx team would be provided exclusively by Prema Engineering. As a result, Lamborghini understood that Prema Engineering would maintain control and possession of the Hypercars, their steering wheels, and their proprietary steering wheel Setups (including its interface and all related proprietary data and information) when the cars were not on track at official WEC or IMSA Championship race or testing events. In other words, Prema Engineering exclusively owned and controlled the proprietary information and interface of the steering wheels used by the Iron Lynx racing team. Lamborghini had no right—at any point—to take, possess, or use this Setup data without express permission from Prema Engineering.

8.      Instead of focusing its efforts to help its exclusive racing partner Iron Lynx win races throughout 2024, Lamborghini was secretly courting partnerships with Iron Lynx's competitors for the same WEC and IMSA Championship series. Iron Lynx and Prema Engineering became aware of this when they discovered that Lamborghini had stolen Prema Engineering's steering wheel Setups in order to (a) develop its own racing simulator to facilitate testing Lamborghini Hypercars outside of the partnership with Iron Lynx and (b) test and race

Lamborghini Hypercars with a competitor team in the 2025 IMSA Championship. Indeed, within months after first stealing a version of Prema Engineering's steering wheel Setups while the teams were in Austin, Texas, Lamborghini terminated its partnership with Iron Lynx and partnered with a new racing team for the 2025 IMSA Championship season. This clandestine corporate espionage was intended to, and did, inflict harm upon Prema Engineering and Iron Lynx.

9.      In fact, Lamborghini stole multiple versions of Prema Engineering's steering wheel Setups from the Iron Lynx racing team's Lamborghini-manufactured Hypercar throughout the 2024 WEC season – including at Circuit of the Americas ("COTA") in Austin, Texas. More specifically, Lamborghini stole the Setup that Prema Engineering had designed for a private test event held at COTA on July 27, 2024, in advance of the WEC race at COTA scheduled for August 30, 2024, through September 1, 2024. During COTA testing, Lamborghini took advantage of its access to the Iron Lynx's Lamborghini-manufactured Hypercar—installed with a steering wheel configured with Prema Engineering's Setup—to make a copy of the Setup for its own use.

10.      Prema Engineering only learned of Lamborghini's theft of its Setup from the COTA testing on October 16, 2024, after Lamborghini returned the steering wheel hardware it had borrowed from Prema Engineering. At Lamborghini's request, Prema Engineering had loaned a blank steering wheel—i.e., without a copy of any of Prema Engineering's proprietary Setups – to Lamborghini on August 6, 2024, after Lamborghini requested the steering wheel to test Lamborghini's racing simulator at their factory in Sant'Agata Bolognese, Italy. After Lamborghini returned the steering wheel to Prema Engineering on October 15, 2024, the Prema Engineering engineer who analyzed the returned steering wheel on October 16, 2024, was

surprised to find it was no longer blank. Instead, the steering wheel now had a copy of Prema Engineering's COTA testing Setup installed to it, even though Prema had never provided this Setup to Lamborghini and Lamborghini had no permission to access or use copies of Prema Engineering's Setups. Prema Engineering also confirmed that Lamborghini had used the steering wheel and that copy of Prema Engineering's COTA testing Setup several times between August 29, 2024, and September 11, 2024, for racing simulator testing. Prema Engineering was further able to determine that Lamborghini had stolen the Setup while at COTA for testing on July 27, 2024. Prema Engineering constantly updates the Setup before, at least, each test and each race, in order to maximize Hypercar performance under the conditions at the time of race. Previous Setups are saved by Prema Engineering, but only one Setup can be present at a time on a steering wheel. Accordingly, by the time of the COTA race—which took place from August 30, 2024, through September 1, 2024—Prema Engineering had already developed a different version of the Setup for the race, and the COTA testing Setup was removed from the steering wheel. Therefore, in order for Lamborghini to possess the COTA testing Setup, Lamborghini must have accessed and downloaded that Setup while the steering wheel was installed in the Hypercar during COTA testing.

11.    Lamborghini stole this and other copies of Prema Engineering's Setups in order to benefit itself and its new racing team, Riley Motorsports. On information and belief, Lamborghini (without permission from Prema Engineering) ultimately used the information stolen from Prema Engineering with its new racing team during the January 25 and 26, 2025 IMSA Sportscar Championship race in Daytona, Florida, and still, to this day, has the ability to continue, and is, using the stolen information with its new team. Indeed, the Lamborghini LMDh

steering wheel used by Riley Motorsports at the Daytona Race displayed several features from the COTA Testing Setup and other versions of Prema Engineering Setups.

12.    Prema Engineering's representatives repeatedly informed the Lamborghini team in 2024 that Lamborghini did not have permission to use these Setups except when working directly at the racetrack with Prema Engineering and Iron Lynx. Lamborghini knew at all times that it was not authorized to make its own copies of Prema Engineering's proprietary Setups. Despite this, Lamborghini intentionally stole the steering wheel Setups so that Lamborghini and Riley Motorsport could use Prema Engineering's know-how, and research and development, to put together a car that would be ready to compete for the 2025 season. Given that Lamborghini and Riley Motorsport formed their partnership less than a month before the start of the 2025 racing season, if Lamborghini and Riley Motorsport were forced to fairly compete by developing their own know-how, there would be no way they would have a functioning—let alone competitive—car, in time for the start of the season.

13.    Lamborghini surreptitiously made its own copies of multiple versions of Prema Engineering's steering wheel Setups for Lamborghini's own use, including to assist Lamborghini in working with other racing teams besides Prema Engineering or Iron Lynx, such as Riley Motorsports. By misappropriating these trade secrets and infringing copyrights belonging to Prema Engineering, Lamborghini has unfairly benefitted from the time and money Prema Engineering invested in developing its Setups. Indeed, Lamborghini's theft saved itself years' worth of investment and development time necessary to develop its own steering wheel Setups and the related racing data therein.

## **PARTIES**

14.    Plaintiff Prema Engineering S.r.l. is a corporation organized under the laws of Italy, with its registered address at Via Vincenzo Monti 92, Milano, Italy. Prema Engineering also

maintains a facility at Grisignano di Zocco, Italy. Prema Engineering's business is primarily focused on supporting motorsport teams, in particular the racing team backed by DC Racing Solutions SA ("DCRS") and Iron Lynx S.r.l. ("Iron Lynx"), by providing mechanical and engineering expertise and support services, setting up racecars to maximize performance, and developing expertise in managing data systems and digital interfaces for racecars. Prema Engineering owns the trade secrets and copyrights that are the subject of this action.

15. Defendant Automobili Lamborghini S.p.A. ("Lamborghini S.p.A.") is a corporation organized under the laws of Italy with a principal place of business located at Via Modena 12, Sant'Agata Bolognese (BO), Italy. In accordance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, Lamborghini S.p.A. may be served via postal service delivered to its registered office, Via Modena 12, 40019 Sant'Agata Bolognese (BO), Italy.

16. Defendant Automobili Lamborghini America, LLC ("Lamborghini USA") is a corporation organized under the laws of Delaware with a principal place of business located at 1950 Opportunity Way, Suite 1500, Reston, VA 20190. Service of process may be had upon its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware, 19808.

17. On information and belief, Defendants are alter egos of one another and acted as co-conspirators and/or joint venturers in concert regarding Lamborghini's business in the US, including Lamborghini's racing efforts in the US, and to commit the theft of Plaintiff's trade secrets.

## JURISDICTION AND VENUE

18. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (federal jurisdiction over copyright

claims) because it is a claim that arises under the laws of the United States, including for misappropriation of trade secrets and confidential information under the Defend Trade Secrets Act of 2016, 18 U.S.C. §§ 1831 *et seq.*; for intentionally accessing a computer without authorization or exceeding authorized access to obtain information from a protected computer under the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030 *et. seq.*; and for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*

19.     This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the additional claims in this action for misappropriation of trade secrets under the Texas Uniform Trade Secrets Act, Tex. Civ. Prac. & Rem. Code § 134A.002; and unauthorized access to a computer under the Texas Harmful Access by Computer Act, Tex. Pen. Code. § 33.02(a) because these additional claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

20.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

21.     The Court has specific personal jurisdiction over the Defendants because as alleged herein, the acts giving rise to Plaintiff's claim against Defendants—that is, Defendants' theft of Plaintiff's trade secret and confidential steering wheel data and software—occurred at COTA, in Texas.

22.     The Court also has personal jurisdiction over Defendants because Defendants' contacts with Texas are continuous and systematic. Among other things, Lamborghini organizes the Lamborghini Super Trofeo series—a racing series sanctioned by IMSA which consists entirely of Defendants' vehicles. The series has hosted a race at COTA since 2013. Indeed, as alleged herein, Lamborghini also participated in the Lone Star Le Mans—a WEC sponsored 6-

hour endurance race—in 2024. Further, Lamborghini has car dealerships across the state of Texas through which it sells its consumer vehicles directly to consumers in the State of Texas.

## BACKGROUND

23.    This case arises from the theft of trade secrets and copyright infringement by Lamborghini from Prema Engineering while Prema Engineering was providing technical support services to the Iron Lynx racing team. Iron Lynx raced Lamborghini-manufactured Hypercars at various WEC and IMSA Championship tests and races worldwide throughout the 2024 racing season, including at COTA in Austin, Texas in or around July 27, 2024.

### I.    Background on International Endurance Racing

#### A.    Endurance Racing and the WEC and the IMSA Championship

24.    Endurance racing is a motorsport format intended to test the durability of the cars as well as the endurance of the race participants across long distances or lengthy periods of time, up to 24 hours. Each car has a team of multiple drivers, and the team will switch between drivers throughout the race. For races with a set time limit, the team that completes the greatest number of laps by race end is the winner.

25.    WEC is an international endurance racing series, consisting of several races—ranging from 6 hours to as long as 24 hours—that take place across the globe. WEC's flagship event is the 24 Hours of Le Mans race in Le Mans, France, which is often regarded as one of the most prestigious races in all of international motorsport. Indeed, one of the most coveted achievements for a racing driver is to win the Triple Crown, which requires a driver to win the 24 Hours of Le Mans, F1's Monaco Grand Prix, and IndyCar's Indy500. The only race on the current WEC calendar that takes place in the United States is the Lone Star Le Mans race that takes place at COTA in Austin, Texas.

26.     The IMSA Championship is an endurance racing series in North America, consisting of several races across the United States—including in Daytona and Sebring in Florida; in Long Beach, California; and in Detroit, Michigan, among other North American locations. The IMSA Championship races range from 100 minutes to 24 hours long.

27.     Participation in international racing series like WEC or the IMSA Championship requires massive amounts of investment and expense. Major expenses necessarily include, among other things, the cost of personnel—including numerous drivers, engineers, and technicians that must travel all over the world for testing and races—and the cost of transporting the cars and necessary equipment across the globe. Developing and testing a racecar to optimize performance also requires significant investment and expertise. As described below, the set-up of the racecar and steering wheel is extremely technical and integral to the performance of a racecar.

**B.      *Car Classes in WEC and the IMSA Championship***

28.     The most prestigious category in both WEC and the IMSA Championship is the Hypercar class (referred to as the GTP class in the IMSA Championship), which requires significant innovation and investment from the participating car manufacturers. Participants in WEC's Hypercar class include major international brands like Lamborghini, Ferrari, BMW, Porsche, and Toyota. Hypercars are advanced prototype racecars that each manufacturer designs specifically for endurance racing in WEC and the IMSA Championship, based on the sets of technical rules and regulations governing the category.

29.     In WEC and the IMSA Championship, these cars currently fall into one of two categories: (1) those designed under the Le Mans Hypercar ("LMH") regulations and (2) those designed under the Le Mans Daytona hybrid ("LMDh") regulations. The LMDh regulations were

developed fairly recently, and LMDh cars participated in WEC for the first time in the 2023 racing season. In partnership with Lamborghini, Iron Lynx started racing in both the WEC Hypercar class and the IMSA Championship GTP class in the 2024 season.

30.    In 2024, both LMH and LMDh cars competed in the Hypercar class in WEC, or the equivalent GTP class in the IMSA Championship. The Hypercars were designed and manufactured by Lamborghini under the LMDh regulations.

### C.    Role of the Steering Wheel in an Endurance Race

31.    Given the duration of endurance races, the driving and the events at the actual race make up just a portion of the effort necessary to win. For the weeks and months leading up to a race, the racing teams (including the drivers, strategists, and engineers) spend countless hours running simulations and evaluating various strategic factors to develop the optimal race strategy. This includes, for instance, identifying the optimal racing line given the weather conditions, the optimal tire pressure and tire compound, the optimal time to make a pit stop for additional fuel and tire changes, the optimal time to switch drivers, and the optimal fuel maps to run through the race (i.e., when to increase the cars' power output and sacrifice fuel efficiency versus when to decrease the cars' power output to conserve fuel).

32.    As with any other sport, the optimal strategy changes throughout the race. Just as a football team's offensive coordinator changes a play after each down, or a basketball team makes adjustments at halftime, throughout the race, the racing teams' engineers adjust the predetermined strategy in real time. The driver and racing team discuss these adjustments over radio throughout the race and make adjustments to the car's settings to maximize the car's performance in the race.

33.     The steering wheel is the driver's primary mechanism for interfacing with and making use of the data generated by the car and for communicating with the team's engineers.

34.     In the context of endurance racing, the steering wheel is a highly advanced computer, one of the "brains" that runs the car throughout the grueling hours of each race. Programming and configuring these steering wheels to effectively operate the cars—and act as the primary interface through which drivers communicate with the car; receive essential data from the car and the team's engineers; and control the car, allowing the drivers to make adjustments as needed to maximize performance—therefore requires extensive technical expertise and development time. Accordingly, the steering wheel and a racing team's proprietary Setups for the steering wheel are absolutely essential to the success of the drivers and the team competing in endurance racing.

## II.     DCRS and Iron Lynx's Endurance Racing Partnership with Lamborghini

35.     During the 2024 racing season, in partnership with Lamborghini, the Iron Lynx racing team ran Lamborghini-manufactured LMDh Hypercars—which Iron Lynx had purchased from Lamborghini—in both WEC and the IMSA Championship. DCRS is the parent company that funds Iron Lynx and its racing activities with Lamborghini.

### A.     History of DCRS and Iron Lynx

36.     DCRS was founded in 2017 to act as the holding company for a group of motorsport companies based mainly in Italy, including Iron Lynx (together, the "DC Racing Group").

37.     Iron Lynx, which is also known by its trade name "Iron Lynx Motorsports Lab," manages the on-track operations in the endurance categories for the DC Racing Group's businesses, including WEC and the IMSA Championship. Competing in international motorsport

requires extensive operational expertise on the part of the team, including to handle the setup, operations, and maintenance of racecars for use on track; organize logistics to facilitate the transportation of racecars and equipment across the world; and provide the large number of experienced personnel required to support a racing team.

38.     Iron Lynx's primary area of expertise is in the mechanical and engineering work associated with setting up racecars for optimal performance in endurance competitions.

39.     Since its founding in 2017, Iron Lynx has raced in multiple international racing series – including WEC and the IMSA Championship—through partnerships with various prominent manufacturers, including Ferrari, as well as Lamborghini.

### B.     DCRS and Iron Lynx Enter a Partnership with Lamborghini

40.     In November 2022, Iron Lynx announced that it had entered a partnership with Lamborghini to compete in WEC and the IMSA Championship in the Hypercar category for multiple seasons, through 2026. The primary focus of this relationship between Iron Lynx and Lamborghini was to develop a LMDh car, and to begin competing with the LMDh car in WEC and the IMSA Championship in the 2024 season. Iron Lynx's November 2022 press release announcing its relationship with Lamborghini also noted that Prema Engineering, "a new consultancy division" of the Prema group, would "utilize its 30-year championship-winning racing expertise" to support the Iron Lynx and Lamborghini LMDh project. Lamborghini's November 2022 press release announcing its partnership with Iron Lynx similarly pointed to Iron Lynx and Lamborghini's intent to "work in close collaboration with [Prema Engineering], which will utilize its 30-year championship-winning expertise." Lamborghini's then Head of Motorsport emphasized that through the collaboration, Lamborghini would have "a technical partnership with [Prema Engineering] through Iron Lynx."

### III.    Prema Engineering

#### A.    History of the Prema Brand

41.    Prema Holding S.r.l. ("Prema Holding") is the holding company that owns Prema Racing S.r.l. ("Prema Racing") and Prema Engineering, among other subsidiaries (together, "Prema"). Prema Racing is the entity that runs the well-known Prema racing teams in the formula junior programs.

42.    The Prema brand has been a world leader in motorsports for over 40 years. Among international motorsports fans, Prema is primarily known for running some of the most successful teams across the junior formula racing series, with 43 Drivers' Championship titles, 44 Teams' Championship titles, and hundreds of victories ranging from FIA Formula 2 to Formula 4 and numerous categories in between, e.g., FIA Formula 3, as well as Formula regional series, Formula 4 in Italy, and other European or Middle East championships.

43.    Prema Formula 2 has been the most successful Formula 2 team since the series was introduced in 2017. Since then, Prema Formula 2 has had a total of 44 race wins out of 200 entries, and the team has also won three Driver Championships and two Team Championships.

44.    Prema Formula 3 holds a record number of 13 Team Championship titles and 12 Driver Championship titles in total. Over the past six years, the Prema Formula 3 team has won five out of the six Team Championship titles.

45.    With the introduction of Formula 4 in 2014 and Formula Regional championships in 2019, Prema is the only team in the world that competes in all the FIA sanctioned junior single seater championship series.

46.    Prema is also known for its consistent success in developing its junior drivers, sending them to the highest levels of motorsport. For instance, approximately 40% of the current

F1 drivers came through Prema at earlier stages of their racing careers. Prema continues to welcome and train junior drivers from all over the world, many of them coming from the academy programs of F1 teams or prestigious car manufacturers, e.g., Ferrari, Red Bull, Mercedes AMG, McLaren, Williams, and Alpine.

### B.    DCRS and Iron Lynx Invest in Prema and Incorporate Prema Engineering

47.    In 2021, DCRS acquired a 70% stake in Prema Holding, bringing the Prema brand into the DC Racing Group. DCRS's acquisition of Prema Holding preceded its subsidiary, Iron Lynx's, relationship with Lamborghini, and was part of DCRS's and Iron Lynx's larger goal of competing with a LMDh Hypercar in WEC and the IMSA Championship, one of the most prestigious motorsport categories in the world.

48.    In November 2022, DCRS and Prema Holding changed the name of one of its existing subsidiaries, Prema Powerteam S.r.l. ("Prema Powerteam"), to Prema Engineering. DCRS and Prema Holding intended that the newly renamed Prema Engineering would serve as a third-party consultant to international motorsport teams, drawing on the Prema brand's decades of success in various forms of racing, technical, and engineering expertise in motorsport. More specifically, DCRS and Prema Holding intended for Prema Engineering to serve as Iron Lynx's service provider for its LMDh project. In this capacity, Prema Engineering has sourced the key technical and engineering personnel for the Iron Lynx LMDh project.

49.    As Prema Engineering states on its website, the company is able to offer "third-party operational, technical and engineering support for a wide range of potential motorsports programmes" beginning with the "Lamborghini Iron Lynx programme" in the WEC and IMSA Championship.[1]

---

[1] https://premaracing.com/en/news/19045-prema-group-launches-brand-new-engineering-venture

50.     Starting from when Prema Engineering was still operating under the Prema Powerteam name, Prema Engineering had two years of experience running Le Mans Prototype 2 ("LMP2") Hypercars in the 2022 and 2023 seasons. The LMP2 Hypercars were similar to the LMDh Hypercars at issue in this lawsuit. While running the LMP2 Hypercars in the 2023 season, Prema Engineering worked with Lamborghini and its drivers as part of the process to prepare for Iron Lynx running Lamborghini-manufactured LMDh Hypercars in 2024.

51.     Through that prior, extensive experience, Prema Engineering was able to collect and analyze extensive data from each testing and race session to improve its expertise and methods race by race. Prema Engineering is able to benefit from those years of experience with endurance racing in LMP2 Hypercars to develop and refine its expertise in engineering and steering wheel Setups for Hypercars like the LMDh, to obtain the most efficient performance possible during races.

## IV.  **Lamborghini S.p.A. and Lamborghini USA are Alter Egos and Both Participate Jointly as a Single Entity in Lamborghini's US Motorsport Activities, Including in the WEC and IMSA Championships**

52.     Lamborghini, through both Lamborghini S.p.A. and Lamborghini USA participate in Lamborghini's racing activities in WEC and the IMSA Championship. Lamborghini does not distinguish between its Italian and US entities with regard to its racing activities.

53.     At all times relevant hereto Defendants acted as agents, servants, employees, co-conspirators, alter egos and/or joint ventures of Lamborghini, and, in doing the things alleged herein, acted within the course and scope of such agency, employment, alter-ego and/or in furtherance of the joint venture. Each of the Defendants' acts alleged herein was done with the permission and consent of each of the other Defendants.

54.     There exists, and at all times herein mentioned has existed, a unity of interest and ownership between Defendants such that any separateness between them has ceased to exist in that Lamborghini S.p.A. controlled, dominated, managed, and operated Lamborghini USA to suit their convenience and self-interests.

55.     For example, Lamborghini S.p.A. shares corporate control, management, and operations with Lamborghini USA, particularly with regard to Lamborghini's participation in US racing activities, including the US races in the WEC and IMSA Championships. Indeed, Lamborghini S.p.A. controls the marketing of Lamborghini's racing efforts and the design, manufacturing, and testing of the race cars, including the Hypercars. Lamborghini's joint actions in this regard demonstrate such unity of interest and ownership that any separateness between Lamborghini S.p.A. and Lamborghini USA had ceased for practical purposes, making them alter egos of each other.

56.     Stephan Winkelmann, the President and Chief Executive Officer of Lamborghini S.p.A., is also a Director of Lamborghini USA. In an article discussing the breakup of Lamborghini and Iron Lynx, Winkelmann has described the 24 Hours of Le Mans race—the centerpiece of the WEC series—as a race that "gives a lot of visibility" and he has said Lamborghini would "love to be back as soon as possible" in that race.[2]  Notably, at the time he made that statement, Lamborghini had been in talks to cut off all ties with the Iron Lynx team and to partner with Riley Motorsports for the IMSA Championship. He has also described the Lamborghini LMDh Hypercar as "the most advanced racing car ever produced by Lamborghini," and indicated that "The opportunity to compete in some of the biggest endurance races in the world with a hybrid prototype fits with" Lamborghini's "vision for the future of high-

---

[2] https://www.motorsport.com/imsa/news/lamborghini-open-to-new-lmdh-partners-for-wec-return/10692439/

performance mobility."[3] In late January 2022, when Winkelmann attended that year's 24 Hours of Daytona IMSA Championship race—several months before Lamborghini and Iron Lynx announced their LMDh partnership—he explained that "We're all competitive and being in a brand" like Lamborghini, "you have to be competitive," and that "For the brand, for the U.S., this is a very important event."[4] NBC Sports reported in 2022 under Winkelmann, Lamborghini had been aggressive about supporting its motorsports efforts in the United States.

57.     In May 2023, in connection with the IMSA Championship race in Laguna Seca that year, the local newspaper—the Monterey County Herald—reported that Chris Ward, then the senior manager of Motorsports for Lamborghini USA, stated in a press release that "we love it there" at Laguna Seca.

58.     Neither Winkelmann nor Ward observes corporate formalities when communicating about Lamborghini's US racing activities, in particular whether their communications and actions are done in their capacity as representatives of Lamborghini S.p.A. and Lamborghini USA, or Lamborghini Squadra Corse (or "LSC," the Lamborghini racing entity). For example, Ward identified himself as "senior manager of motorsport for Automobili Lamborghini America," which is Lamborghini USA, but his LinkedIn identified Automobili Lamborghini S.p.A. as his employer during that period, and his job description mentions overseeing LSC activities in the US.

59.     Similarly, Andrea Baldi, the President and Chief Executive Officer ("CEO") of Lamborghini USA, does not observe corporate formalities when it comes to whether he works on behalf of Lamborghini S.p.A. or Lamborghini USA. When Baldi was promoted to CEO of

---

[3] https://www.24h-lemans.com/en/news/lamborghini-enters-the-arena-at-le-mans-58715
[4] https://www.nbcsports.com/motor-sports/news/lamborghini-ceo-stephan-winkelmann-imsa-sports-car-lmdh-gtd-pro-rolex-24-at-daytona

Lamborghini USA, Lamborghini S.p.A. announced the promotion on the Lamborghini S.p.A. website.[5] Baldi's LinkedIn identifies Automobili Lamborghini S.p.A. as his current employer, and on LinkedIn, he recently reposted Lamborghini S.p.A.'s announcement of its 2024 financial results, all further evidence that Lamborghini S.p.A. controls the work of Lamborghini USA.

**V.** **Prema Engineering's Support Services For the Iron Lynx and Lamborghini LMDh Project**

60.    Beginning in the 2023 LMP2 racing season (though investments and preparation for this season began in 2022) and throughout the 2024 WEC and IMSA Championship seasons, Prema Engineering provided support services to the Iron Lynx and Lamborghini LMDh partnership. Prema Engineering was present on track with the Iron Lynx and Lamborghini teams at every on-track test or racing event to provide support and assistance. As part of its support services to Iron Lynx and Lamborghini, Prema Engineering retained possession of Iron Lynx's Lamborghini-manufactured LMDh Hypercars—and the multiple steering wheel units available to run those cars—at Prema Engineering's facilities in Grisignano di Zocco, Italy whenever the cars were not in use at various racing circuits across the world. Prema Engineering retained possession of those steering wheel units in part so as to guard the highly confidential and proprietary information those units contained.

61.    The extensive work of supporting a racecar and racing team is not limited to time spent at the racetrack during the actual race, or at the on-track practice sessions and qualifying sessions that precede the main race during each race weekend. There are testing events done at racetracks outside of scheduled races. There is also certain development work that happens off-track, including with the team's drivers using racing simulators at the team's facilities. Prema

---

[5] https://www.lamborghini.com/en-en/news/leadership-changes-for-lamborghini-america-and-emea

Engineering supported all these efforts for the Iron Lynx and Lamborghini LMDh Hypercar partnership.

62.    A bespoke prototype racecar—like the LMDh Hypercars at issue here—is continually being developed and improved throughout the racing season, it is not a static product. Racing teams and car manufacturers are always looking for ways to further optimize and improve the performance of a racecar. Prema Engineering was thus continually contributing its expertise to the development of the Lamborghini-manufactured LMDh Hypercar as Iron Lynx ran the car throughout the various races in the 2024 WEC and IMSA Championship.

### A.    *Maintaining and Programming the Steering Wheels*

63.    One of Prema Engineering's responsibilities to the Iron Lynx and Lamborghini LMDh partnership was to maintain possession of the multiple sets of steering wheel hardware units used by Iron Lynx to operate its Lamborghini-manufactured Hypercars during the 2024 season of WEC and the IMSA Championship (hereinafter, the "LMDh Steering Wheel"). Prema Engineering was responsible for maintaining and programming the Setups and configurations of the LMDh Steering Wheel, something that was essential for the Iron Lynx LMDh Hypercar to operate effectively on track. The proprietary nature of the information contained on the Setups, gathered over years of development and testing, was a main reason that Prema Engineering was so protective over the Setups and the LMDh Steering Wheels.

### 1.    LMDh Steering Wheel Hardware and Manufacturer Firmware

64.    The LMDh Steering Wheel was manufactured by the third-party supplier Cosworth Ltd., a company headquartered in the United Kingdom (together with its subsidiaries, "Cosworth").

65.    Working with the Cosworth steering wheels—including programming Setups and uploading Setups to the LMDh Steering Wheel to configure it—requires the use of computers installed with Cosworth's "Pi Toolset" software. A racing company like Prema Engineering uses a computer with Pi Toolset programming software installed in order to send Setup files to the Cosworth-manufactured steering wheel. A racing team's engineers can also connect to a Cosworth steering wheel using Pi Toolset to confirm whether there is Setup data present on it that they can download.

66.    A person in physical possession of a LMDh Steering Wheel containing a Setup file is able to download a copy of that Setup from the steering wheel hardware by connecting to the steering wheel using a computer with Pi Toolset software.

67.    As the manufacturer of the LMDh Steering Wheel hardware, Cosworth also provides part of the software required to run the steering wheel and cars, in particular manufacturer-standard "firmware" for the steering wheel. The firmware is a sequence of programming code or instructions contained in the steering wheel hardware that allows it to "read" the programming in a Setup. In other words, the firmware manages the general operation of the steering wheel and enables the Setup to communicate with the steering wheel hardware, including the buttons, LEDs, and the screen interface.

68.    When a LMDh Steering Wheel has only the Cosworth firmware installed, but no Setup, it will not be able to operate the car. When starting up one of the LMDh Steering Wheel units with no Setup currently installed, the steering wheel hardware's display will simply show the Cosworth logo.

69.    Cosworth also provided a basic version of a setup for the LMDh Steering Wheel, which, as described further below, has been significantly improved on and modified by Prema

Engineering into its own proprietary Setups. The Cosworth firmware and basic setup are not an issue in this case. They are separate and distinct from the Prema Engineering proprietary Setups that Lamborghini has misappropriated from Prema Engineering.

2. *Prema Engineering's Proprietary Setups*

70.    The Setup programming is what provides the driver with the ability to read and manage all steering wheel inputs and outputs. The Setup also implements logical and complex mathematical formulas, and allows the creation and management of other screens and functions on the steering wheel. The Setup is what allows the massive volumes of data relating to the car's performance on track and data processed during testing to be transferred to the steering wheel and communicated in real time to the driver, the racing team, and engineers supporting the driver. Accordingly, the Setup is a key component of the steering wheel because it allows the data concerning the car and its performance to be configured and used by the driver and racing team. The Setup is also essential to enable communication between the steering wheel, car, and driver during the race.

71.    Prema Engineering owns valid copyrights under Italian law in the code, documentation, specifications, and other materials that comprise the Setups. Italian law does not require formal registration or other formalities to obtain copyright protection. Prema Engineering's Setups are unpublished works because they have not been distributed to the public in any manner. Prema Engineering's Setups are unregistered copyrighted works that are not currently registered with the United States Copyright Office or deposited with the Italian Society of Authors and Publishers or with a notary in Italy.

72.    Prema Engineering's copyrights in the Setups arise under the laws of a nation other than the United States, namely Italy, which is party to copyright treaties with the United

States. Under 17 U.S.C. §§ 101 and 411(a), Prema Engineering's Setups are non-United States works because they are unpublished works and because the authors of the Setups are nationals, domiciliaries, or habitual residents of nations other than the United States. Accordingly, registration with the United States Copyright Office is not a prerequisite to filing a copyright infringement action with respect to Prema Engineering's Setups.

73.    Prema Engineering's engineers write their own source code to program their steering wheel Setups within the programming environment of Cosworth's Pi Toolset. The source code created by Prema Engineering's engineers for use in the Setups provide directions or algorithms to the steering wheel allowing the steering wheel's computer to execute the intended functions.

74.    Through Prema's years of experience and expertise in endurance racing, Prema Engineering's team strategically develops different Setups for each particular test and race, by taking into account (i) the number of laps planned, (ii) the need for fuel saving and power saving for efficient performance, and (iii) the consumption of optimal amounts of fuel or electric power while maximizing speed. The different strategies require Prema Engineering to conduct sophisticated calculations, which vary across the test or race sessions at each track. Identifying the correct values for these calculations is a product of Prema Engineering's experienced strategists.

75.    Prema Engineering's strategies and Setups were used for every session, either testing or racing, of the Iron Lynx team's Lamborghini-model Hypercar. During races, Prema Engineering's engineers would continually work on additional modifications to the Setup in real time to find the best possible Setup for the race at hand. During tests that take place at the same

track before the race takes place, Prema Engineering would implement and test major developments, including integrating new features for the steering wheel.

76.     Although each individual version of a Prema Engineering Setup is designed for a particular session at a particular racetrack, every individual version of Prema Engineering's Setups is developed and customized based on Prema Engineering's previous two years of endurance racing experience in LMP2 Hypercars and the Prema group's total body of motorsport expertise. Prema Engineering's work, including on the Setups, is an iterative process involving constant development and improvement, including by drawing on lessons learned and data collected from past testing sessions, previous endurance racing seasons, or earlier races in the same season.

### B.     *Racing Simulator Testing*

77.     Prema Engineering's support of Iron Lynx also involved working with Prema Racing to develop and maintaining a state-of-the-art racing simulator for the ongoing testing and development of Iron Lynx's Lamborghini-manufactured LMDh Hypercar (the "Prema LMDh Simulator"). This Prema LMDh Simulator is kept at Prema Engineering's facility in Grisignano di Zocco, Italy. Prema Engineering and Prema Racing invested, at a minimum, approximately 4 million euros to develop the Prema LMDh Simulator.

78.     In connection with Prema Engineering's support role for the Iron Lynx and Lamborghini LMDh partnership, Prema Engineering and Prema Racing intended to allow Lamborghini to use the Prema LMDh Simulator to continue developing the Iron Lynx team's Lamborghini-manufactured LMDh Hypercar, in exchange for a rental fee that Lamborghini would pay to Prema Engineering.

79.    WEC and IMSA regulations restrict and limit the teams' ability to test their vehicles on track. Teams are permitted to test their cars only during official and sanctioned events, or within a limit of days (as detailed in both FIA WEC and IMSA Automobile Club L'Ouest ("ACO") sporting regulations). As a result, professional racing teams rely heavily on simulator testing, which is intended to, among other things, allow a driver to get meaningful practice driving the team's car in a completely computer-simulated setting, without actually using the resources of running the car in real life, or incurring risk of damage to the car. A racing simulation rig resembles a racing game in an arcade, with a simulated car cockpit, including the actual driver's seat, steering wheel, and pedals, all set up to resemble the actual car in front of an immersive ultrawide screen that can show simulations of various real-world tracks. It is essentially an extremely sophisticated racing "video game" that generates meaningful tests and data for the development of the real-world racing car.

80.    Programming a professional racing team's simulator is a highly technical and complex task because the simulator must be able to simulate the real-world physics of the team's actual racecar and also simulate the car's hypothetical performance on various real-world tracks under various conditions. Accomplishing this level of programming requires the use of massive amounts of proprietary data gathered from running the actual racecar on track. Working with that data to simulate the real-world physics of the team's car also requires extensive experience and expertise, and requires constant refinement by a team's engineers and technicians to respond to driver feedback and continually improve the accuracy and utility of the simulator.

81.    This proprietary data is collected and processed by a steering wheel like the LMDh Steering Wheel used by Iron Lynx in its LMDh Hypercars. When fully configured with something as advanced as Prema Engineering's Setups, the data collected and processed by the

LMDh Steering Wheel is used to develop and improve the Prema LMDh Simulator, which utilizes a steering wheel identical to the LMDh Steering Wheel.

### C.    On Track Testing Outside of Races

82.    Teams also get opportunities to do on track testing outside of the race weekends on the WEC and IMSA Championship calendars. Prema Engineering was always present with the Iron Lynx team when they were on track with their Lamborghini-manufactured LMDh Hypercars.

83.    One such set of tests took place on July 27, 2024, at COTA in Austin, Texas. The 2024 Lone Star Le Mans was the first WEC race that would be held at COTA since 2020. Thus, many of the teams, including the Iron Lynx team, were given the opportunity to do testing at COTA approximately a month before the race scheduled for August 30, 2024, through September 1, 2024.

84.    Every time a LMDh Hypercar runs on a track, it collects and records massive amounts of data, which a team's engineers use to optimize the performance of the car. One of Prema Engineering's responsibilities for the Iron Lynx team was to develop the best steering wheel Setup for use every time its LMDh Hypercar was run, including during testing outside of race weekends. Prema Engineering would often need to modify and refine the Setup based on testing data, in order to—among other things—better optimize the Setup for future uses at the track.

### D.    Race Weekends Include Practice Sessions and Qualifying Sessions in Addition to the Main Race

85.    Each race event in WEC or the IMSA Championship will also include pre-race practice sessions and qualifying sessions that give the team opportunities to collect more data to assist them in improving the car's performance during the race.

86.    One of Prema Engineering's major responsibilities for the Iron Lynx team was to continue developing the best steering wheel Setup for each race. For instance, the version of the Setup that Prema Engineering developed for the July 27, 2024, testing event at COTA was different from the more refined and developed one that was eventually used for the actual race during the weekend of August 30, 2024, through September 1, 2024.

## VI.    Prema Engineering's LMDh Steering Wheel Setups Are Valuable Trade Secrets

87.    The trade secrets that Lamborghini has misappropriated from Prema Engineering consist of multiple copies of LMDh Steering Wheel Setups that Prema Engineering developed. These Setups are each a package of computer programming code developed by Prema Engineering's engineers for use with the LMDh Steering Wheels that Iron Lynx used when running its Lamborghini-manufactured LMDh Hypercars at various racetracks across the globe, in connection with the 2024 seasons of WEC and the IMSA Championship.

88.    The LMDh Steering Wheel is programmed and configured with bespoke Setups, which are essential to maximizing the car's performance. As set out above, the Setups enable the steering wheels to store, process, and communicate the enormous amounts of data concerning the LMDh Hypercar's performance that are generated whenever the cars are running. The Setups are, therefore, a form of valuable intellectual property that are essential to the LMDh Hypercar's performance.

### A.    Prema Engineering Invested Considerable Resources and Time into Developing Setups for the Lamborghini LMDh Hypercar

89.    Endurance racing series like WEC and the IMSA Sportscar Championship have several races that take at least six hours and at least one race that takes a full 24 hours. Drivers must take into account many factors including fuel-saving and power-saving strategies, for instance, when to use fuel-saving fuel maps to consume less fuel or power while minimizing loss

of speed (versus a fuel map that maximizes engine output but sacrifices fuel efficiency); when to refuel; when to change gears to optimize engine performance, tire pressure, tire energy targets; activation of system strategies (engine, hybrid, brakes, steering systems) using programmed rotary switches; and warning messages and alarms on system usage, in particular those relating to the powertrain so the driver can operate the car in a safe and reliable way. The LMDh Steering Wheel assists the driver with implementing the team's strategies, including by controlling the notifications that play on the radio to give indications to facilitate optimizing fuel and energy saving throughout the race, to allow the driver to use the allocated energy or fuel in the most efficient way possible. It also provides the driver with information regarding all the driver-adjustable configurations, in order to assist him or her with maximizing the car's performance. An advanced Setup like those developed by Prema Engineering also enables the LMDh Steering Wheel to perform advanced calculations of energy going through the tires, to help the driver maximize the use of their tires for the best possible performance.

90.    The LMDh Steering Wheels for which Prema Engineering developed its Setups operate as one of the "brains" that run the entire Hypercar. The LMDh Steering Wheel hardware, manufactured by Cosworth, is a sophisticated and specialized computer designed by Cosworth for use with high-performance racecars. While Cosworth also provides the basic software and a basic version of a setup that helps enable the LMDh Steering Wheel to operate the LMDh Hypercar, optimal racecar performance requires more advanced programming by engineers experienced with motorsports—such as those at Prema Engineering, who draw on the Prema brand's decades of experience to truly maximize the LMDh Hypercar's performance. Accordingly, Prema Engineering's Setups for the LMDh Steering Wheel were absolutely essential to the success of Iron Lynx and Lamborghini in running the LMDh Hypercar.

91.     Each individual endurance racing test session, practice session, qualifying session, or race will generally require a unique Setup, which will incorporate important adjustments to the settings and configurations made by a team's engineers in real time, in response to driver feedback, conditions on track, and myriad of other factors. Every time one of the Iron Lynx team's LMDh Hypercars runs on a track, it collects and records massive amounts of data, which the Prema Engineering team uses to refine and improve a Setup, including providing updated information (through a proprietary interface) to improve driving performance, for example, suggesting to a driver when he or she should accelerate, decelerate, and brake near each corner, or updating refueling or tire change strategies.

92.     Although each unique version of a Prema Engineering Setup is designed for a particular session at a particular racetrack, every version of Prema Engineering's Setups is developed and customized based also on Prema Engineering's previous two years of endurance racing in LMP2 Hypercars and their team's total body of motorsport expertise. In other words, Prema Engineering's work on the Setups is an iterative process involving constant development and improvement, including by drawing on lessons learned and data collected from past testing sessions, previous endurance racing seasons, or earlier races in the same season.

### B.    *Prema Engineering Developed Unique Setups for the Lamborghini LMDh Hypercar for Almost Every Test or Race*

93.     Prema Engineering developed unique versions of the Setups for the LMDh Steering Wheel for the Iron Lynx team's Lamborghini-manufactured LMDh Hypercar for almost all of its sessions on track during the 2024 WEC and IMSA Championship seasons.

94.     Given all the modifications and fine-tuning required for individual Setups for different sessions at the various tracks, Prema Engineering had naming conventions for the Setup

files so that the different versions of Setups used across the sessions at the various tracks could be identified by the filenames.

95.    For example:



96.    Thus, based on the name of the individual Setup file, each copy of a Prema Engineering Setup can be traced back to the date and time where Prema Engineering developed and used the Setup.

97.    Furthermore, when Prema Engineering's engineers look at configured LMDh Steering Wheels that contain and are running a particular Setup, they can often recognize and identify features they programmed into specific previous versions of the Setup from the information displayed on the steering wheel's screen, LED displays, and buttons. This provides another way that Prema Engineering can track aspects of its different Setups back to specific dates, locations, and times when Prema Engineering developed, configured, and used those Setups.

### C.    *Prema Engineering Took Reasonable Steps to Protect its Trade Secrets from Lamborghini*

98.    While Prema Engineering was providing its support services to Iron Lynx in running their Lamborghini-manufactured LMDh Hypercars during the 2024 WEC and IMSA Championship, both Prema Engineering and Lamborghini understood that the Setups used with the LMDh Steering Wheel were the exclusive property of Prema Engineering. Prema

Engineering did not allow Lamborghini to use the Setups outside of on-track testing or race events associated with the 2024 WEC and IMSA Championship when representatives of Prema Engineering, Lamborghini, and Iron Lynx were all physically present together at the racetrack with the Lamborghini LMDh Hypercars.

99.    Outside of these official on-track testing and racing events associated with the 2024 WEC and IMSA Championship, Prema Engineering maintained sole possession of the LMDh Steering Wheel units and the Iron Lynx LMDh Hypercars at the Prema Engineering facility in Grisignano di Zocco, Italy. This meant that, in the normal course of business between Prema Engineering and Lamborghini, Lamborghini was not able to physically access and work with the LMDh Steering Wheels.

100.    Prema Engineering's engineers also took steps to ensure that Prema Engineering's Setups were only ever installed on devices—both the LMDh Steering Wheel units and the Prema Engineering engineers' work-issued laptops—that generally remained in the sole possession and control of Prema Engineering and its personnel. During the official on-track testing and race events, Lamborghini's technicians, engineers, and drivers had access to the Iron Lynx team's Lamborghini-manufactured LMDh Hypercars and a configured LMDh Steering Wheel unit installed with the specific Setup that Prema Engineering had designed for the specific test or race session at hand. These were the only times when Lamborghini had access to a Prema Engineering Setup; in other words, when Iron Lynx was running the car on track using a pre-configured LMDh Steering Wheel in the company of Prema Engineering and Lamborghini.

101.    While Prema Engineering's work with Lamborghini did include the use of certain data-sharing platforms—including shared Network Attached Storage drives and Microsoft Sharepoint—to share certain data associated with Iron Lynx's Lamborghini-manufactured LMDh

Hypercars with Lamborghini, Prema Engineering's steering wheel Setup files were **not** and were **never** included in the data Prema Engineering uploaded to those data-sharing platforms.

## VII.    Lamborghini Misappropriates the Steering Wheel Setup Data From Prema Engineering at COTA

### A.  Lamborghini Asks to Borrow a LMDh Steering Wheel Unit from Prema Engineering

102.    On or around August 6, 2024, Marco Gariboldi ("Gariboldi") —Lamborghini's Project Manager for the Lamborghini LMDh Hypercar project—inquired with technicians at Prema Engineering about the possibility of borrowing a LMDh Steering Wheel unit to carry out some tests on Lamborghini's racing simulator, located at the Lamborghini factory in Sant'Agata Bolognese, Italy.

103.    Prema Engineering considered this request unusual because it had understood that if Lamborghini wanted to use a racing simulator to further develop Iron Lynx's Lamborghini-manufactured LMDh Hypercar, they would use the state-of-the-art racing simulator Prema Engineering developed and maintained at the Prema Engineering facility in Grisignano di Zocco, Italy, and not the one at Lamborghini's premises.

104.    Nonetheless, in the spirit of cooperation and good faith, Prema Engineering delivered a blank LMDh Steering Wheel—i.e., with no Setup loaded to it—to Lamborghini on August 6, 2024, by giving it to Stefano De Silvestro ("De Silvestro"), a representative of Lamborghini's third-party electronic and electric systems engineering supplier, PowerOn Racing Electronics ("PowerOn").

105.    Prema Engineering made abundantly clear that its provision of the blank LMDh Steering Wheel to Lamborghini in this instance was premised on the understanding that Lamborghini has no rights to Prema Engineering's proprietary Setups.

33

106.    On August 6, 2024, Emmanuel Esnault ("Esnault") —an Engineer at Prema Engineering—emailed Gariboldi and other Lamborghini representatives, including Visaldo Selaj ("Selaj")—the Technical Assistant to Lamborghini's Chief Technical Officer—to remind Lamborghini that Prema Engineering's steering wheel Setups belonged to Prema. Esnault confirmed that the steering wheel given to De Silvestro contained no Setup data because "both our organizations need to first agree" on the use of such Setup data for simulator testing before Prema Engineering could permit such use. Esnault suggested a meeting between Prema Engineering and Lamborghini to discuss this simulator testing situation after the COTA race took place.

107.    On or around August 8, 2024, Esnault followed up again regarding the steering wheel Setup and simulator issue in WhatsApp messages with Selaj. In these messages, Esnault reminded Selaj that while—as a practical matter—Lamborghini representatives might at times have access to Prema Engineering's Setups when the LMDh Hypercar was on track at official 2024 WEC and IMSA Championship testing or racing events, Esnault trusted that Lamborghini would respect that the Setups belonged to Prema Engineering.

108.    More specifically, Esnault's August 8 messages noted that while Lamborghini— during specific WEC or IMSA Championship races or tests—might have the practical ability to "upload everything from the steering wheel without our agreement," Esnault trusted that "people will not play behind our back." Esnault stated that if Prema Engineering's steering wheel data was "uploaded without agreement" by Lamborghini "the line of [] trust would be crossed." Selaj replied over WhatsApp that he would cross check with Gariboldi "tomorrow to make sure we avoid misunderstandings."

**B.      Unbeknownst to Prema Engineering, Lamborghini Stole and Used a Copy of Prema Engineering's Setup with the Borrowed Steering Wheel**

109.    What Prema Engineering did not know on August 6 and August 8, 2024, was that barely a week before—during pre-race on track testing that took place at COTA in Austin Texas around July 27, 2024—Lamborghini had taken advantage of their access to Iron Lynx's Lamborghini-manufactured LMDh Hypercar and the fully-configured LMDh Steering Wheel unit attached to the car to secretly (and without permission) download a copy of the Setup Prema Engineering developed for use at the event (the "COTA Testing Setup"). The late July WEC testing at COTA was the only time that Lamborghini had any access to a LMDh Steering Wheel that contained a copy of the COTA Testing Setup. By the time of the actual WEC race at COTA that took place on August 30, 2024, through September 1, 2024, Prema Engineering had already developed a different version of a Setup for use at the actual race. Thus, Lamborghini could only have obtained any copy of the COTA Testing Setup during the WEC testing at COTA on July 27, 2024.

110.    Once Lamborghini—who did not normally have access to any sets of the LMDh Steering Wheel hardware outside of the official on-track WEC and IMSA Championship testing or race events—received the blank LMDh Steering Wheel it requested from Prema Engineering, Lamborghini uploaded a copy of the stolen COTA Testing Setup to the LMDh Steering Wheel. Lamborghini then proceeded to use the borrowed LMDh Steering Wheel—now configured with a copy of the COTA Testing Setup—for several sessions in its own personal racing simulator, presumably the Lamborghini racing simulator at their factory in Sant'Agata Bolognese, Italy, which Gariboldi had referred to when making his August 6, 2024, request to borrow a LMDh Steering Wheel unit from Prema Engineering.

111.    Lamborghini secretly downloaded a copy of the COTA Testing Setup despite its understanding and Prema Engineering's clear instructions that all of Prema Engineering's Setups belonged exclusively to Prema Engineering. Lamborghini also used the COTA Testing Setup for its own activities with its own simulator, despite knowing it did not have permission to use Prema Engineering's Setups outside of official WEC and IMSA Championship events when Lamborghini was on track with Prema Engineering and Iron Lynx.

112.    By using the COTA Testing Setup at its own simulator, Lamborghini was able to take advantage of Prema Engineering's programming work that was developed through Prema Engineering's substantial investment in endurance racing and the expertise it had developed throughout its years of previous experience running other endurance racing cars and through the earlier testing and race sessions associated with the 2024 WEC and IMSA Championship seasons. While the COTA Testing Setup was just one version of a Prema Engineering Setup, designed for a particular test session at one particular track, it—and every other individual version of Prema Engineering's Setups—is developed and customized based on Prema Engineering's previous years of endurance racing experience and the Prema group's total body of motorsport. Any individual version of a Setup is designed based on a process of constant development and improvement by Prema Engineering, including by drawing on data collected from past testing sessions or previous races. Accordingly, the data contained in the COTA Testing Setup could enable Lamborghini to accelerate the development of its simulator in a way that would otherwise take significant investment and months of work.

113.    On information and belief, Lamborghini used the COTA Testing Setup to develop its own racing simulator and ultimately to gain know-how in connection with the steering wheel, after Prema Engineering and Prema Racing had already invested roughly 4 million euros in

developing a state-of-the-art racing simulator. Prema Engineering and Prema Racing made the investment into this racing simulator in part due to an understanding that Lamborghini would pay Prema Engineering a rental fee to use their simulator. Lamborghini was therefore intentionally misappropriating Prema Engineering's trade secrets embodied in the COTA Testing Setup in part to develop its own simulator product and avoid paying Prema Engineering for its simulator.

### C.    Prema Engineering Discovers the Stolen Setup on the LMDh Steering Wheel Returned by Lamborghini

114.    In or around September 2024, representatives of Prema Engineering and Lamborghini communicated back and forth regarding the return of the steering wheel Prema Engineering had loaned to Lamborghini on August 6, 2024. Prema Engineering wrote to Gariboldi to request the return of the steering wheel in time for a "shakedown" testing event at a track in Magny-Cours in France on September 27, 2024, and Gariboldi agreed. Lamborghini, however, failed to return the steering wheel before September 27, 2024.

115.    Lamborghini did not return the steering wheel to Prema Engineering until October 15, 2024, during WEC testing at Circuit Paul Ricard in Le Castellet, France.

116.    On October 16, 2024, representatives of Prema Engineering learned for the first time that Lamborghini had misappropriated the COTA Testing Setup. On that date, Daniele Manzoni—an Engineer at Prema Engineering—conducted the first inspection of the LMDh Steering Wheel unit by Prema Engineering after its return from Lamborghini.

117.    Given that Prema Engineering had loaned Lamborghini a blank LMDh Steering Wheel unit in August—i.e., with Cosworth firmware only and no Setup—Manzoni was surprised to discover that LMDh Steering Wheel unit Lamborghini had just returned was fully configured. Specifically, Manzoni saw that the returned steering wheel was configured with the COTA Testing Setup. Indeed, later analysis revealed that the LMDh Steering Wheel returned to Prema

Engineering by Lamborghini contained an exact copy of

████████████████████████████████, which is the COTA Testing Setup.

118.    As part of Manzoni's October 16, 2024, analysis of the LMDh Steering Wheel returned by Lamborghini, he was also able to determine from the steering wheel's log data that the COTA Testing Setup had been used a number of times between August 29, 2024, and September 11, 2024, while the steering wheel had been in Lamborghini's possession. This log data could only have been generated by Lamborghini's use of the COTA Testing Setup.

119.    Later analysis showed that Lamborghini used the COTA Testing Setup with the borrowed LMDh Steering Wheel unit in connection with racing simulator testing. This can be determined based on the nature of the log data. When using a LMDh Steering Wheel and Setup on a racing simulator, it is possible to use one or more functions of the device and simulate them one at a time, which can be seen in the log files. This type of use is inconsistent with the use of the LMDh Steering Wheel to run the car, which requires all the device's functions to interact with each other at the same time.

120.    In order for Lamborghini to transfer a copy of the COTA Testing Setup to the steering wheel, Lamborghini must have used a computer with the Cosworth Pi Toolset software installed to upload the Setup to the steering wheel. Accordingly, on information and belief, Lamborghini continues to possess other copies of the COTA Testing Setup on their computers.

## VIII.    Lamborghini Uses Additional Steering Wheel Setup Data Taken From Prema Engineering to Work With Another Racing Team

121.    On or around December 24, 2024, several motorsport media sources reported on Lamborghini's having formed a new partnership with Riley Motorsports Team to race in the 2025 season of the IMSA Sportscar Championship. This meant Lamborghini would sever its relationship with Iron Lynx and Prema Engineering.

122.    Having misappropriated a copy of the COTA Testing Setup, Lamborghini was able to take Prema Engineering's trade secrets embodied in the COTA Testing Setup to assist Lamborghini with developing its own, separate, racing simulator and its LMDh Hypercar design for use with its new racing team, as well as other teams, in other words, with Prema Engineering's (and Iron Lynx's) competitors.

123.    On January 25 and 26, 2025, Lamborghini participated in the 24 Hours of Daytona race (the "Daytona Race") in the 2025 season of the IMSA Championship, running its LMDh Hypercar with Riley Motorsports. During the Daytona Race, the screen of the steering wheel in the LMDh Hypercar raced by Riley Motorsports was, at times, visible.

124.    Based on views of the Lamborghini LMDh steering wheel from the Daytona Race, Prema Engineering was able to identify other features from other versions of Prema Engineering Setups that were developed after the COTA Testing Setup. At a minimum, Prema Engineering is able to identify features from at least four other versions of its LMDh Steering Wheel Setups that Lamborghini would have had access to (but not permission to download, use, or disclose) during the 2024 WEC and IMSA Championship seasons:

      a.    Prema Engineering's LMDh steering wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on October 17, 2024, at Paul Ricard Circuit in Le Castellet, France;

      b.    Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for use during free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain during the weekend of the 8 Hours of Bahrain WEC race event;

      c.    Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering modified - following the free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain – and developed for use during testing at Bahrain International Circuit on November 5, 2024;

      d.    Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on November 15, 2024,

through November 16, 2024, at Daytona International Speedway in Daytona Beach, Florida.

125.    Accordingly, Lamborghini has misappropriated at least four additional versions of Prema Engineering's proprietary LMDh Steering Wheel Setups, in addition to the COTA Testing Setup. It is clear that Lamborghini is using those stolen Prema Engineering Setups with Prema Engineering's competitors.

126.    At a minimum, Lamborghini has used features of these stolen Prema Engineering Setups with the Riley team while competing in the Daytona Race. On information and belief, Lamborghini has the ability to and will continue to use features of these stolen Prema Engineering Setups with the Riley team—a competitor to Prema Engineering and Iron Lynx— while competing in additional IMSA Championship races that take place in the United States in the 2025 season.

### COUNT I
### Misappropriation of Prema Engineering's Trade Secrets
### Defend Trade Secrets Act ("DTSA") (18 U.S.C. § 1831, *et seq.*)

127.    Prema Engineering realleges and incorporates by reference the allegations of Paragraphs 1 through 126 above as though fully set forth herein.

128.    Prema Engineering owned trade secret information as defined under 18 U.S.C. § 1839(3) and took reasonable steps to protect it.

129.    Prema Engineering's trade secret derived independent economic value, actual and potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information. The trade secret information improperly copied and used by Defendants consist of at least the following:

a. Prema Engineering's LMDh steering wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on July 27, 2024, at COTA in Austin, Texas;

b. Prema Engineering's LMDh steering wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on October 17, 2024, at Paul Ricard Circuit in Le Castellet, France;

c. Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for use during free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain during the weekend of the 8 Hours of Bahrain WEC race event;

d. Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering modified—following the free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain—and developed for use during testing at Bahrain International Circuit on November 5, 2024;

e. Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on November 15, 2024, through November 16, 2024, at Daytona International Speedway in Daytona Beach, Florida.

130. Defendants had physical access to Prema Engineering's trade secret information only while Prema Engineering was providing support services to Defendants while on track for testing and racing events associated with WEC and the IMSA Championship. Prema Engineering therefore believes that Defendants unlawfully copied Prema Engineering's trade secret information when the parties were physically present together on track at these testing and racing events associated with WEC and the IMSA Championship, including at COTA in Austin, Texas on July 27, 2024.

131. Prema Engineering's trade secret information to which Defendants had access relates to Prema Engineering's offering of consulting services for participation in international motorsport, which are offered and provided in interstate commerce.

132. Defendants violated Prema Engineering's repeated reminders that the trade secret information was proprietary to Prema Engineering and that Defendants had no permission to use

it outside of the testing and racing activities associated with WEC and the IMSA Championship. Thus, Prema Engineering's disclosure of the trade secret to Defendants was made under circumstances giving rise to a duty to maintain the secrecy of the trade secret.

133.    Defendants used Prema Engineering's trade secret information to assist or accelerate its research or development of a racing simulator for Defendants' own use.

134.    Defendants also used Prema Engineering's trade secret information while competing with the Riley racing team—a competitor to Prema Engineering and Iron Lynx – at the 2025 IMSA race at Daytona on January 25, 2025, through January 27, 2025.

135.    On information and belief, Defendants will continue to use Prema Engineering's trade secret information while competing with the Riley racing team—a competitor to Prema Engineering and Iron Lynx—in additional IMSA Championship races that take place in the United States in the 2025 season.

136.    As a result of the misappropriation alleged herein, Plaintiff has been damaged in an amount to be determined at trial.

**COUNT II**
**Intentional Access of a Computer**
**Without Authorization or In Excess of Authorized Access**
**Computer Fraud and Abuse Act" ("CFAA") 18 U.S.C. § 1030(e)**

137.    Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 136 above as though fully set forth herein.

138.    While providing support services to Defendants during testing and race events associated with WEC and the IMSA Championships, Prema Engineering gave Defendants access to a protected computer—LMDh Hypercar steering wheels programmed and configured with Prema Engineering's Setups—that was used in and affected interstate and foreign commerce and communication.

139.    Defendants' access to the protected computer was conditioned on compliance with Prema Engineering's instructions that the Setups uploaded to the protected computer were proprietary to Prema Engineering and that Defendants was not authorized to copy the Setups or make use of them outside of testing and race events associated with WEC and the IMSA Championship, during which Prema Engineering would control Defendants' access to the protected computers and the Setups uploaded to said computers.

140.    In copying the Setups for Defendants' own use despite Prema Engineering's instructions, Defendants knowingly and intentionally accessed the protected computer without authorization and in excess of authorized access and obtained data and information of value therefrom.

141.    Defendants therefore knowingly and intentionally accessed the protected computer without authorization and in excess of authorized access and, as a result of such conduct, caused and recklessly caused damage to the protected computer and to Prema Engineering, including by, among other things, copying the data available on the protected computer to take advantage of Prema Engineering's investment and development time reflected in the data.

142.    Defendants' unauthorized access of the protected computer has caused and will continue to cause damages exceeding $5,000 in a one-year period.

## COUNT III
## Copyright Infringement
## 17 U.S.C. §§ 101 *et seq.*

143.    Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 142 above as though fully set forth herein.

144.    Prema Engineering's proprietary Setups are unpublished works for hire that were written and produced by Prema Engineering's employees within the scope of their employment with Prema Engineering.

145.    As noted in paragraph 69 above, Plaintiff Prema Engineering is and at all times has been the owner of valid copyrights under Italian law in the code, documentation, specifications, and other materials that comprise the Setups.

146.    Prema Engineering's copyrights in the Setups arise under the laws of a nation other than the United States, namely Italy, which is party to copyright treaties with the United States.

147.    Prema Engineering's Setups are non-United States works because they are unpublished works and because the authors of the Setups are nationals, domiciliaries, or habitual residents of nations other than the United States. Accordingly, registration with the United States Copyright Office is not a prerequisite to filing a copyright infringement action with respect to Prema Engineering's Setups.

148.    Defendants had access to Prema Engineering's Setups only in the context of a confidential business relationship. Thus, the disclosure of the Setups to Defendants was made under circumstances giving rise to a duty for Defendants to maintain the secrecy of the Setups.

149.    Defendants wrongfully copied Prema Engineering Setups without permission from Prema Engineering.

150.    Defendants infringe Prema Engineering's copyrights in the Setups, and Defendants infringe Prema Engineering's exclusive rights under copyright by reproducing, modifying, and using copies of Prema Engineering's copyrighted Setups and/or derivatives thereof.

151.    On information and belief, Defendants' direct infringements on Prema Engineering's copyrights are and have been knowing and willful.

152.    Defendants have realized unjust profits, gains and advantages as a proximate result of their infringement.

153.    Defendants will continue to realize unjust profits, gains, and advantages as a proximate result of their infringement. !

154.    As a direct and proximate result of Defendants' direct willful copyright infringement, Plaintiff Prema Engineering has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill. Plaintiff is entitled to recover from Defendants, in amounts to be determined at trial, the damages sustained and will sustain, and any gains, profits, and advantages obtained by Defendants as a result of Defendants' acts of infringement and Defendants' use of the copied materials.

**COUNT IV**
**Misappropriation of Prema Engineering's Trade Secrets**
**Texas Uniform Trade Secrets Act ("TUTSA")**
**TEX. CIV. PRAC. & REM. CODE § 134A.002**

155.    Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 154 above as though fully set forth herein.

156.    Prema Engineering owned trade secret information as defined under Tex. Civ Prac. & Rem. Code § 134A.002 and took reasonable steps to protect it.

157.    Prema Engineering's trade secrets derived independent economic value, actual and potential, from not being generally known to, and not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information. The trade secret information improperly copied and used by Defendants consist of at least the following:

    a.   Prema Engineering's LMDh steering wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on July 27, 2024, at COTA in Austin, Texas;

    b.   Prema Engineering's LMDh steering wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on October 17, 2024, at Paul Ricard Circuit in Le Castellet, France;

    c.   Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for use during free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain during the weekend of the 8 Hours of Bahrain WEC race event;

    d.   Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering modified - following the free practice sessions that took place on November 1, 2024, at Bahrain International Circuit in Sakhir, Bahrain – and developed for use during testing at Bahrain International Circuit on November 5, 2024;

    e.   Prema Engineering's LMDh Steering Wheel Setup file that Prema Engineering developed for tests of the LMDh vehicles carried out on November 15, 2024, through November 16, 2024, at Daytona International Speedway in Daytona Beach, Florida.

158.   Defendants had physical access to Prema Engineering's trade secret information only while Prema Engineering was providing support services to Defendants while on track for testing and racing events associated with WEC and the IMSA Championship. Prema Engineering therefore believes that Defendants unlawfully copied Prema Engineering's trade secret information when the parties were physically present together on track at these testing and racing events associated with WEC and the IMSA Championship, including at COTA in Austin, Texas on July 27, 2024.

159.   Defendants violated Prema Engineering's repeated reminders that the trade secret information was proprietary to Prema Engineering and that Defendants had no permission to use it outside of the testing and racing activities associated with WEC and the IMSA Championship. Thus, Prema Engineering's disclosure of the trade secret to Defendants was therefore made under circumstances giving rise to a duty to maintain the secrecy of the trade secret.

160.    Defendants used Prema Engineering's trade secret information to assist or accelerate its research or development of a racing simulator for Defendants' own use.

161.    Defendants also used Prema Engineering's trade secret information while competing with the Riley racing team – a competitor to Prema Engineering and Iron Lynx – at the 2025 IMSA race at Daytona on January 25, 2025, through January 27, 2025.

162.    On information and belief, Defendants will continue to use Prema Engineering's trade secret information while competing with the Riley racing team—a competitor to Prema Engineering and Iron Lynx—in additional IMSA Championship races that take place in the United States in the 2025 season.

163.    As a result of the misappropriation alleged herein, Plaintiff has been damaged in an amount to be determined at trial.

**COUNT V**
**Intentional Access of a Computer**
**Without Authorization or In Excess of Authorized Access**
**Texas Harmful Access by Computer Act ("THACA")**
**TEX. CIV. PRAC. & REM. CODE § 143.001(a)**

164.    Plaintiff realleges and incorporates by reference the allegations of Paragraphs 1 through 163 above as though fully set forth herein.

165.    Prema Engineering's configured LMDh steering wheels with Setups meet the definition of a computer because they are electronic high speed data processing devices performing logical, arithmetic, or storage functions.

166.    As part of Defendants' relationship with DCRS and Iron Lynx, Defendants were only authorized to use Prema Engineering's configured LMDh steering wheels and Setups during tests and races for Lamborghini's LMDh project with DCRS and Iron Lynx.

167.    Defendants intentionally abused Prema Engineering's trust to acquire information, namely Prema Engineering's Setups, by accessing the Setups on Prema Engineering's configured LMDh steering wheel. Defendants knew they were not authorized to do so under its agreements with DCRS and Iron Lynx.

168.    As a result of the unauthorized computer access alleged herein, Plaintiff has been damaged in an amount to be determined at trial, including, but not limited to, the amount of money it was required to spend to perform a forensic investigation to determine the extent of the Defendants' unauthorized access.

## REQUEST FOR EXEMPLARY DAMAGES

169.    Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

170.    Upon information and belief, Lamborghini's conduct, as described above, was aggravated by the kind of willfulness, wantonness and malice for which the law allows the imposition of exemplary and punitive damages. Moreover, Lamborghini's conduct was accomplished through a breach of confidence and trust and was committed with conscious disregard of Plaintiff's property rights. Plaintiff is, therefore, entitled to recover exemplary damages pursuant to the DTSA and TUTSA.

## REQUEST FOR ATTORNEYS' FEES & COSTS

171.    Plaintiff has found it necessary to retain the undersigned attorneys in connection with Lamborghini's theft of Plaintiff's valuable trade secrets and copyrights.

172.    Accordingly, Plaintiff respectfully requests that this Court award Plaintiff its reasonable and necessary attorneys' fees and costs pursuant to 18 U.S.C. § 1836(b)(3)(D)

(DTSA); Tex. Civ. Prac. & Rem. Code § 134A.005 (TUTSA); and 17 U.S.C. § 505 (Copyright Act).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.     Permanent injunctive relief prohibiting Defendants from possessing, copying, using, transmitting, or disclosing any of Plaintiff's trade secret and copyright information, or any derivatives thereof;

B.     For compensatory damages in an amount to be shown at trial;

C.     For exemplary damages as provided by statute;

D.     For Plaintiff's reasonable attorneys' fees, costs, and expenses incurred in connection with this action;

E.     For pre- and post-judgment in the maximum allowed permitted by law; and

F.     For any other and further relief as provided for by statute or law, or that the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues of fact and damages stated herein.


Dated:  April 21, 2025                        **WINSTEAD PC**

                                              */s/ James Ruiz*_____
                                              James G. Ruiz        State Bar No. 17385860
                                              jruiz@winstead.com
                                              Elin Isenhower       State Bar No. 24104206
                                              eisenhower@winstead.com
                                              WINSTEAD PC
                                              600 W. 5th Street, Suite 900
                                              Austin, Texas 78701
                                              (512) 370-2800
                                              (512) 370-2850 (Fax)

                                              And
                                              **WITHERS BERGMAN LLP**

Christopher N. LaVigne, *pro hac vice forthcoming*
christopher.lavigne@withersworldwide.com
Cynthia Chen, *pro hac vice forthcoming*
cynthia.chen@withersworldwide.com
430 Park Avenue, 10th Floor
New York, New York 10022-3505
(212) 848-9800

Kimberly Pallen, *pro hac vice forthcoming*
kimberly.pallen@withersworldwide.com
909 Montgomery Street, Suite 300
San Francisco, CA 94133
(415) 872-3200

Vahe Mesropyan, *pro hac vice forthcoming*
vahe.mesropyan@withersworldwide.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
(310) 277-9930

**COUNSEL FOR PLAINTIFF P**