**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **PREMA ENGINEERING S.r.l.,** *Plaintiff* | § § § § | |
| **v.** | § § § | **CASE NO. 1:25-CV-00602-ADA-SH** |
| **AUTOMOBILI LAMBORGHINI S.p.A. and AUTOMOBILI LAMBORGHINI AMERICA, LLC,** *Defendants*. | § § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 39. The report recommends that this Court **DENY** Defendants' Motion to Dismiss All Counts for *Forum Non Conveniens* and Partial Rule 12(b)(6) Motion to Dismiss Counts I, II, IV, and V for Failure to State a Claim (Dkt. 23). *Id* at 22. The report was filed on October 14, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants Automobili Lamborghini America, LLC and Automobili Lamborghini S.p.A. filed objections on October 28, 2025. Dkt. 41. Plaintiff Prema Engineering S.r.l. filed their Response to Defendants' Objections on November 12, 2025. Dkt. 44. Defendants filed a Reply in

Support of their Objections on November 21, 2025. Dkt. 45. The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation (Dkt. 41), Plaintiff's Response (Dkt. 44), Defendants' Reply in Support (Dkt. 45), and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 39) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss All Counts for *Forum Non Conveniens* and Partial Rule 12(b)(6) Motion to Dismiss Counts I, II, IV, and V for Failure to State a Claim (Dkt. 23) is **DENIED.**

**SIGNED** this 21st day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE